UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff.<br><br>v.<br><br>JOHN ERIN BINNS,<br>a/k/a, "Irdev,"<br>a/k/a, "IntelSecrets,"<br>a/k/a, "V0rtex,"<br>a/k/a, "SubVirt,"<br><br>Defendant. | NO. CR 22-004 LK<br><br>ORDER ISSUING BENCH WARRANT |

An Indictment having been returned against the above-named defendant, now therefore

IT IS ORDERED that a Bench Warrant shall be issued and conditions of release or detention shall be addressed at the initial appearance in this case.

DATED this 12th day of January, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

**SECRET: YES __X__    NO _____**

ORDER ISSUING BENCH WARRANT – 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101
(206) 553-7970