## Defendant Status Sheet
(Prepare ONE for EACH defendant)

### Defendant Status

Defendant Name: John Erin Binns

Is there already a charging document filed for this defendant for this case in this district?

☒ Yes     ☐ No         If yes: Superseding Indictment

If yes, please enter the cause number below:

    CR 22-004     or     MJ Enter MJ Cause Number here.

Has the Defendant had an initial appearance in this case in this district?    ☐ Yes    ☒ No

### Defendant Location

☐ At the FDC under the cause number indicated above.

☐ At the FDC under a different cause number: Enter different cause number here.

☐ In custody under this cause number in another District: Enter other District here.

☐ In custody (different cause number) in another District: Enter other info here.

☐ In local custody: Enter local jurisdiction here.

☐ In the community on supervision under cause number: Enter cause number here.

☒ At large.

☐ Other: Click or tap here to enter text.

### Release

☐ Continue Conditions of release

☐ Continue Detention

☒ Not set; temporary detention; detention hearing scheduled for: Click or tap to enter a date.

### Arraignment

☒ Warrant to Issue (MUST complete *Defendant Arrest Warrant Info Sheet*).

☐ Summons to be issued for: Click or tap to enter a date.

    ☐ Defendant Address: Click or tap here to enter text.

☐ Letter to defense counsel for appearance on: Click or tap to enter a date.

    ☐ Defense Counsel name and address: Click or tap here to enter text.

### Trial

Estimated trial length (days): 8 days