UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>    v.<br><br>JOHN ERIN BINNS,<br>a/k/a, "Irdev,"<br>a/k/a, "IntelSecrets,"<br>a/k/a, "V0rtex,"<br>a/k/a, "SubVirt,"<br><br>           Defendant. | NO. CR22-004 LK<br><br>ORDER ISSUING BENCH WARRANT<br>SUPERSEDING INDICTMENT |

A Superseding Indictment having been returned against the above-named defendant, now therefore

IT IS ORDERED that a Bench Warrant shall be issued and conditions of release or detention shall be addressed at the initial appearance in this case.

DATED this 9th day of March, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

**SECRET:** YES __X__ NO _____

ORDER ISSUING BENCH WARRANT – 1
SUPERSEDING INDICTMENT

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101
(206) 553-7970