John Binns
15 MAPLE AVE
VIENNA, VA 22180

PRESORTED
FIRST-CLASS MAIL
POSTAGE AND FEES PAID
C2M LLC
22202

USPS CERTIFIED MAIL™



9207 1901 3247 3400 1911 2051 24

SIGNATURE REQUIRED PER DMM 3.1.1

1******************************SNGLP 480

U.S. District Court Clerks Office
700 Stewart St Ste 2310
Seattle, WA 98101-4442

FILED
LODGED
REC

OCT 04 2023

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOHN ERIN BINNS ) <br> ) <br> Defendant. ) <br> ) <br> ) <br> ) | Case Number: CR22-004 LK <br><br> **TO BE FILED UNDER SEAL** |

## NOTICE OF EXPERT EVIDENCE OF A MENTAL CONDITION

Defendant John Erin Binns ("Defendant"), consistent with Rule 12.2(b) of the Federal Rules of Criminal Procedure ("FRCP"), hereby notifies the Court and the Government that he, possibly through counsel, intends to introduce expert evidence of an artificially caused mental condition or mental defect. Defendant is not alleging that he is guilty of any crimes or counts contained in the charging documents and maintains his complete innocence.

## BACKGROUND AND FACTS

Defendant is the subject of a Superseding Indictment in this case, filed in 2022, and has been charged with 12 individual felony counts. At this point in time, Defendant is not moving to unseal the case or the charging documents, but is transmitting this Notice to both the Court and Assistant United States Attorney Andrew Friedman who is the lead prosecutor. Defendant is also currently unrepresented by counsel in the case, but intends to move for appointment of counsel,

or alternatively move for representation of himself and additionally request standby counsel in the future. Defendant believes that a wireless brain (basal ganglia) stimulation implant or device implanted shortly after he was born at Fairfax Inova Hospital, known as a QPSK chip, was responsible for erratic behavior to include irresistible impulses, artificial neurological problems, and the possible commission of crimes by Defendant as a result. Defendant has publicly filed evidence of, and discussed these allegations in District of Columbia Case No. 20-cv-03554 Dkt #35, available on CM/ECF and PACER. Information from publicly available sources discovered by Defendant have also alleged that an enlarged or modified occipital bun is tied to a possible brainwashing program or parental involvement with the defense industry or intelligence community. Defendant is not claiming that ongoing or current mental incompetency is an issue. At present, Defendant is continuing to gather medical imaging copies and other evidence regarding the aforementioned device or system. Additionally, Defendant requests that any future examination procedures as ordered by the Court involve medical imaging, testimony from expert witnesses, and discovery granted or subpoenas issued against the Government, other government agencies besides the Department of Justice, and companies or private individuals, if allowed by statute, rather than a psychiatric examination.

Dated: September 29, 2023

I certify that I have served a copy of this document on Andrew Friedman for the Government, on September 29, 2023, by certified mail and e-mail.

John Erin Binns

*/s/ John Erin Binns*

