The Honorable Lauren King

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHN ERIN BINNS,<br><br>Defendant. | NO. CR22-004LK<br><br>ORDER FOR LIMITED UNSEALING OF SUPERSEDING INDICTMENT AND ARREST WARRANT<br><br>*Filed Under Seal* |

Based upon the government's motion and the representations made therein, the government's motion for limited unsealing of the Superseding Indictment and arrest warrant is GRANTED.

//
//
//

Order for Limited Unsealing - 1
*United States v. Binns*, CR22-004 LK

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1   IT IS HEREBY ORDERED that the Superseding Indictment and arrest warrant
2 may be disclosed to the Republic of Turkey's Ministry of the Interior for the limited
3 purpose of enabling the United States to locate and apprehend the defendant, JOHN
4 ERIN BINNS, bring him to the United States, and further the existing investigation.

6   Dated this __8th__ day of December, 2023.

_____
LAUREN KING
United States District Judge

Order for Limited Unsealing - 2
*United States v. Binns*, CR22-004 LK

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970