The Honorable Lauren King

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHN ERIN BINNS,<br><br>Defendant. | NO. CR22-004 LK<br><br>GOVERNMENT'S MOTION TO UNSEAL CASE<br><br>NOTING DATE: January 3, 2024 |

The United States respectfully requests that the Court issue the proposed Order, which directs the Clerk of the Court to unseal the docket and superseding indictment in the above-captioned matter.

//
//
//

Motion to Unseal Case - 1
*United States v. Binns*, CR22-004 LK

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Assistant Federal Public Defender Gregory Murphy informed the government that he represents the defendant, John Erin Binns, in this matter. For these reasons, the government has determined that there is no longer a compelling reason to maintain the materials under seal and respectfully requests entry of the attached order.

DATED this 3rd day of January, 2024.

Respectfully submitted,

TESSA M. GORMAN
Acting United States Attorney

 /s/ Sok Tea Jiang
SOK TEA JIANG
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: (206) 553-7970
Fax: (206) 553-4440
Email: sok.jiang@usdoj.gov

Motion to Unseal Case - 2
United States v. Binns, CR22-004 LK

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970