The Honorable Lauren King

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR22-004 LK |
| Plaintiff, | |
| v. | ORDER TO UNSEAL CASE |
| JOHN ERIN BINNS, | |
| Defendant. | |

Based upon the government's motion and the representations made therein, the Government's Motion to Unseal is GRANTED.

IT IS HEREBY ORDERED that the Clerk of the Court shall unseal the docket and the superseding indictment in the above-captioned case.

DATED this ~~3rd~~ 12th day of January, 2024.

*Lauren King*
LAUREN KING
United States District Judge

Order to Unseal Case - 1
*United States v. Binns*, CR22-004 LK

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970