Honorable Lauren King

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOHN ERIN BINNS, <br><br> Defendant. | NO. CR22-044 LK <br><br> GOVERNMENT'S NOTICE OF APPEARANCE OF COUNSEL |

Sok Tea Jiang, Assistant United States Attorney for the Western District of Washington, hereby appears as counsel for the United States of America in the above-referenced matter.

//
//
//

Notice of Appearance- 1
*United States v. John Erin Binns*, Case #22-004LK

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Sok Tea Jiang is now counsel of record for this case on behalf of the United States. Undersigned counsel respectfully requests that all pleadings, court documents, and correspondence be forwarded to the below-listed AUSA:

>Sok Tea Jiang
>United States Attorney's Office
>700 Stewart Street, Suite 5220
>Seattle, Washington 98101-1271
>Phone: (206) 553-1635
>Fax Number: (206) 553-0582
>Email: sok.jiang@usdoj.gov

DATED this 12th day of January, 2024.

>Respectfully submitted,
>
>TESSA M. GORMAN
>Acting United States Attorney
>
>
> *s/ Sok Tea Jiang*
>SOK TEA JIANG
>Assistant United States Attorney
>United States Attorney's Office
>700 Stewart Street, Suite 5220
>Seattle, Washington 98101-1271
>Phone: 206-553-1635
>Fax Number: (206) 553-0582
>Email: sok.jiang@usdoj.gov

Notice of Appearance- 2
*United States v. John Erin Binns*, Case #22-004LK

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970